**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 807 MAL 2014
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
BRIAN DOUGLAS, :
:
                Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.